UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STATE OF CONNECTICUT | : | CASE NO. 3:21MJ427(SALM) |
| | : | |
| | : | |
| | : | |
| COUNTY OF HARTFORD | : | April 28, 2021 |

**AFFIDAVIT IN SUPPORT
OF A CRIMINAL COMPLAINT**

I, Daniel Prather, a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), being first duly sworn, herby depose and state as follows:

**INTRODUCTION**

1. I submit this affidavit in support of a criminal complaint for Anthony MARTIN ("MARTIN") for possession of a machinegun in violation of 18 U.S.C. § 922(o), possession of a firearm by an unlawful drug user in violation of 18 U.S.C. § 922(g)(3) and possession of a firearm made in violation of the National Firearms Act, here the possession of a short-barreled rifle in violation of 26 U.S.C. § 5861(c) (collectively Target Offenses).

**AGENT BACKRGOUND**

2. I am a Special Agent employed by the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"). As such, I am a law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18 of the United States Code; that is, an officer empowered by law to conduct investigations of, and make arrests for, offenses enumerated in Section 2516 of Title 18. I have been employed by ATF since 2001, my first two years as an Inspector and subsequently as a Special Agent. I have a Bachelor of Arts degree in Criminal Justice and have

1

completed the Criminal Investigator Training Program and the ATF Special Agent Basic Training program, both of which are conducted at the Federal Law Enforcement Training Center in Glynn County, Georgia. I have received specialized training in firearms identification and the investigation of firearms-related offenses. I have participated in investigations involving the unlawful possession of firearms by prohibited persons, including persons who are previously convicted felons; the possession of firearms in furtherance of the distribution of narcotics; and the use of firearms in the commission of violent acts. I have participated in investigations involving individuals who unlawfully possess firearms, of individuals illegally selling firearms, and of individuals distributing illegal drugs. As such, I have coordinated the controlled purchases of illegal firearms and narcotics utilizing confidential sources, cooperating witnesses and undercover law enforcement officers; written, obtained and coordinated the execution of search and arrest warrants pertaining to individuals involved in the illegal possession and distribution of firearms and narcotics; conducted electronic and physical surveillance of individuals involved in illegal drug distribution; analyzed records documenting the purchase and sale of firearms and illegal drugs; provided testimony, both in Grand Jury proceedings and District Court proceedings; and spoke with informants and subjects, as well as local, state and federal law enforcement officers, regarding the manner in which individuals obtain, finance, store, manufacture, transport, and distribute illegal firearms and drugs. In addition, I have been involved in the investigation of street gangs, including gangs with a national presence as well as locally based gangs. I have received training, both formal and on-the-job, in the provisions of the federal firearms and narcotics laws administered under Titles 18, 21 and 26 of the United States Code.

**PROBABLE CAUSE**

3. The facts in this affidavit come from my personal observations, my training and

experience, and information obtained from other agents, law enforcement officers and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4. I am currently assigned to the ATF Hartford Field Office I have been assisting in an investigation being conducted by the ATF Portland Field Office, the ATF Hartford Field Office and the Federal Bureau of Investigation in both Maine and Connecticut. This investigation involves the illegal sale, manufacture and unlawful transfer and possession of firearms by David PHILLIPS, Michael SHERIDAN and Anthony MARTIN. More specifically, the investigation the investigation in the District of Connecticut has focused on the unlawful manufacture and transfer of firearms and machineguns by Anthony MARTIN at his residence located at 404 Newfield Street, Apt 1, in Middletown, CT.

## INVESTIGATION BACKGROUND

5. On February 03, 2021 and individual, hereinafter referred to as a Source of Information (SOI) traveled to the Penobscot Count Sheriff's Office (PCSO) in Bangor, ME and turned in four firearms. The firearms were described as follows:

   a. River Rock Arms, LAR-15, .300 blackout caliber rifle bearing the serial number: SM200130 ("Firearm One").

   b. Unknown manufacturer homemade frame, AK-47 type, 7.62X39 caliber machine gun with no serial number ("Firearm Two").

   c. Unknown manufacturer homemade frame, AR-15 type, 5.56 caliber rifle with no serial number ("Firearm Three").

   d. Unknown manufacturer homemade frame, Glock 22 parts, .40 caliber handgun with no serial number on the frame/receiver ("Firearm Four").

3

6. The SOI was interviewed by investigators and stated that Firearm Three belonged to SOI but the other firearms were David Phillips' firearms. The SOI stated Phillips gave him Firearm Four as a gift, but it was originally Phillips' firearm.

7. Investigators determined that David Phillips is a convicted felon.

8. The SOI of information stated that he was present when Phillips obtained Firearm two, the suspected machine gun, on January 29, 2021. The SOI stated that he and Phillips were traveling in Phillips's Dodge Durango and they met with a white male who was operating a black SUV at a McDonald's restaurant in Cromwell, CT. The SOI stated that the meeting occurred between 2000 and 2300 hours. The SOI stated that Phillips purchased the suspected machinegun, which was wrapped in a blanket or a rug, for $3,000 and placed it in the back seat of the Dodge Durango.

9. On February 09, 2021, members of the ATF Hartford Field Office were able to obtain video surveillance from the McDonald's restaurant, located at 125 Berlin Road in Cromwell, CT. A review of the video determined that on January 29, 2021, at approximately 2239 hours, a gray Dodge Durango, with a white male driver and a white male passenger, traveled through the McDonald's drive through line. At approximately 2244 hours, a dark colored Lincoln Navigator was observed pulling into the parking lot on the west side of the McDonalds at the approximately the same time the gray Dodge Durango exited the drive through line. The Lincoln Navigator pulled into a parking spot and the gray Dodge Durango pulled up and parked on the passenger side of the Lincoln Navigator. The driver of the Lincoln Navigator then exited the driver's seat and the driver and passenger of the Dodge Durango exited their vehicle. The driver of the Navigator and the Durango met between the two vehicles and greeted each other. The driver of the Navigator then greeted the passenger of the Durango. The rear passenger door of the

Navigator was then opened and the rear driver door of the Durango was opened. The driver of the Navigator and the driver of the Durango then appeared to move something from the Navigator to the Durango. They then closed the doors of the two vehicles. At approximately 2248 hours all of the individuals returned to their vehicles. The Dodge Durango then exited the McDonald's parking lot. At approximately 2249 hours, the Lincoln Navigator then exited the McDonald's parking lot and drove to the Mobil gas station located next door to the McDonalds, located at 123 Berlin Road in Cromwell, CT, and parked at the gas pumped located furthest east in the parking lot.

10. On that same date, members of the ATF Hartford Field Office traveled to the Mobil gas station located at 123 Berlin Road in Cromwell, CT and met and reviewed video taken of the eastern most gas pump on January 29, 2021. At approximately 2249 hours, a Lincoln Navigator, bearing CT license plate AV13523 was observed pulling into the gas pump and parking. At approximately 2252 hours, a white male wearing an Astros baseball hat, a black vest, gray sweatshirt and blue jeans, exited the vehicle and entered the Mobil store. At approximately 2253 hours, the male, was observed operating the gas pump for the Lincoln Navigator. At the same time, the male also appeared to be talking to someone on his cell phone. The male entered the Navigator exited the area at approximately 2255 hours. A query with Connecticut Department of Motor Vehicles determined that the Lincoln Navigator bearing CT license plate AV13523 was registered to Michael Sheridan of 162 Wall Street, Apt C2, Hebron, CT.

11. Investigators determined that Michael Sheridan is a convicted felon.

12. On February 10, 2021, Phillips was taken into custody in the District of Maine on an outstanding federal arrest warrant for violations of Title 18 U.S.C. § 922(g)(1), convicted felon in possession of ammunition.

13. In response to a Grand Jury subpoena, members of the ATF Hartford Field Office obtained telephone toll data for David Phillip's phone number of 860-222-5073. A review of communications made by Phillips on January 29, 2021, showed that Phillips was in regular communication with phone number 860-771-0705, which belongs to Michael Sheridan. Sheridan's number was confirmed through the Connecticut Office of Adult Probation.

14. In response to a Grand Jury subpoena, members of the ATF Hartford Field Office obtained telephone toll data for Michael Sheridan's phone number of 860-771-0705. A review of communications made by Sheridan on January 29, 2021, at approximately 2300 hours, which is when Sheridan would have been leaving the Cromwell gas station, showed him speaking to phone number 860-262-2715. This number was determined to be registered to Anthony Martin of 440 Newfield Road, Cromwell, CT. This was confirmed through the Connecticut Office of Adult Probation.

15. A query of the Connecticut State Police, Department of Public Safety Firearms Permit and Registration System determined that Anthony MARTIN had a pistol permit that was revoked on August 26, 2017. The revocation was the result of possessing his firearm while being arrested for Driving Under the Influence. MARTIN only had one firearm, a Smith & Wesson, .45 caliber pistol, registered in his name.

16. A query with the State of Connecticut Department of Motor Vehicles showed that MARTIN had a valid driver's license, with an expiration date of December 28, 2024, and a listed address of 440 Newfield Street, Middletown, CT.

17. On March 08, 2021, a proffer interview was conducted of David Phillips in Portland, ME. During the interview, Phillips admitted to having possessed three of the four firearms that had been provided to law enforcement by the SOI. Phillips stated that he believed one of the firearms

was a machinegun and that he had acquired if from an individual known to him as Michael Sheridan in a McDonalds parking lot in Cromwell, CT. Phillips stated that Sheridan obtained firearms from an individual known to him as "Ant" or "Anthony" that lived in the area of 460 Newfield Street in Middletown, CT. Phillips stated that he had traveled to "Anthony's" residence approximately seven months prior with Sheridan. Phillips stated that "Anthony" had been in possession of two "AK" style rifles that "Anthony" had manufactured, one of which was fully automatic. Phillips stated that "Anthony" offered to sell it to him for $4,000 but he declined. Phillips stated that on that date he purchased an AR-15 style rifle for $1000.

18. On March 16, 2021, in response to a Grand Jury subpoena, the ATF Hartford Field Office obtained invoices from GlockStore for shipments made to 440 Newfield Street in Middletown, CT. The invoices showed purchases made on September 15, 2019 and October 15, 2019. Both purchases were made and shipped to Anthony Martin of 440 Newfield Street, Apt1, Middletown, CT. Martin provided a phone number of 860-262-2715 and an email address of [anthonymartin212@gamail.com](mailto:anthonymartin212@gamail.com). The item purchased on October 15, 2019 was a barrel for a 9mm pistol. The items purchased on September 15, 2019 were a "SS80 80% Lower" a "G43 Complete Lower Parts Kit" and an "SS80 Builder Tool Set", all items that can be used in the assembly of a Glock Model 43 style pistol.

19. On April 01, 2021, a second proffer interview was conducted of David Phillips in Portland, ME. During the interview, Phillips was shown an unmarked photo of Michael SHERIDAN and Phillips identified the person in the photo as "Michael Sheridan". Phillips was shown an unmarked photo of Anthony MARTIN and he identified the person in the photo as "Anthony". Phillips was also shown both aerial and street view photos of 440 Newfield Street in Middletown, CT. Phillips identified 440 Newfield Street as the residence where he had met with

MARTIN and purchased an AR-15 style rifle from him. Phillips stated that the transaction occurred in MARTIN's apartment, which has access from the rear, right (south) side of the building. Phillips stated that MARTIN had tools such as a press, a vice and rivets right in the apartment which he used to manufacture firearms. Phillips stated that he had a gun locker in the closet where he kept his firearms. Phillips further stated that it was his understanding that as soon as MARTIN manufactured a gun he would sell it and start on a new one. Phillips stated that MARTIN used intermediaries, such as SHERIDAN, to arrange for the sales of the firearms. Phillips also stated that MARTIN did not like to purchase the firearms parts used in the construction of the firearms on his own. Phillips stated that on at least two occasions he had ordered "flats", used in the construction of rifles, from "Akbuilder.com" on behalf of MARTIN. Phillips stated that he was aware that SHERIDAN also ordered parts for MARTIN.

20. On March 29, 2021, in response to a Court Order, the ATF Hartford Field Office obtained subscriber information and communication data related to Google account anthonymartin212.com. This information included the dates, times and email account information for which the anthonymartin212.com account was in communication with from September 01, 2019 through March 18, 2021, but this information did not include the content of the communications. During a review of this information, this affiant identified the following relevant companies that the anthonymartin212.com account was in communication with:

    a. Gunbroker.com

    b. Deltateamtactical.com

    c. Receratorblanks.com

    d. Armsofamerica.com

    e. Midsouthshouterssupply.com

  f. Primaryarms.com

  g. 80-lower.com

  h. Proprosport.com

  i. Rainierarms.com

  j. Rockeybrass.com

  k. Glockstore.com

  l. Gunsamerica.com

  m. Tacticalsolutionsgroup.com

  n. 80percent.com

  o. Ak-builder.com

  p. Aimsurplus.com

  q. Form1builder.com

  r. Blackrifledepot.com

  s. 1776supplyco.com

  t. Midwayusa.com

21. In April of 2021, this affiant submitted queries to an additional nineteen of the companies listed in the previous paragraph requesting information related to purchases made by Anthony Martin, orders placed from the email address of Anthony.Martin212@gmail.com and/or shipped to 440 Newfield Street in Middleton, CT. To date, I have received responses from ten companies totaling thirty-one purchases made by Anthony Martin from December 03, 2015 through March 18, 2021. The purchases ranged from orders including a singular items for less than ten dollars to orders that included numerous parts and kits that cost more than $600.00. All of the items purchases were determined to be items related to firearms that would be used to

build, repair and/or outfit firearms. It appears that all of the orders were placed and/or confirmed through the use of the Anthony.Martin212@gmail.com email address.

22. A further review of the purchases determined that there were a total of five (5) purchased made by MARTIN from December 03, 2015 through January 13, 2017. Each of these purchases were shipped to "Anthony Martin, 2514 Boston Post Road, Apt 1R, Guilford, CT" and the contact number provided was 860-807-5456. An open source query determined that Anthony MARTIN previously resided at this address and utilized the phone number of 860-807-5456.

23. It was also determined that there were two (2) purchases made by MARTIN in March of 2017. Each of these purchases were shipped to "Anthony Martin, 52 Comstock Ave, Ivoryton, CT". An open source query determined that Anthony MARTIN previously resided at this address and utilized the phone number of 860-807-5456.

24. The remaining twenty-four (24) purchases made by MARTIN, and reviewed by this affiant, were shipped to "Anthony Martin, 440 Newfield Street, Apt 1, Middletown, CT". The first several purchases were made with a contact number of 860-770-3322 and all of the subsequent purchases were made with the telephone number 860-262-2715 ("**TARGET TELEPHONE**"). This affiant has yet to establish a connection between the 860-770-3322 phone number and MARTIN. As noted above, an open source query found the **TARGET TELEPHONE** associated with MARTIN and that **TARGET TELPHONE** was in contact with SHERIDAN the night Firearm 2 was transferred from SHERIDAN to PHILLIPS.

25. More specifically, the purchases made by MARTIN since March of 2020 are as follows:

   a. On March 19, 2021, MARTIN purchased a "Romanian Model 1963/65 AKM-47 Underfolding Stock Submachine Parts kit minus barrel and receiver -Gunsmith special may be non-matching or large dents!" from Arms of America, as pictured below.



b. On May 15, 2020, MARTIN purchased an "AR15 Charging Handle" from Black Rifle Depot.

c. On August 12, 2020, MARTIN purchased "WBP Lynx 7.62x39 10.25 inch barrel *USA Nitride 4150, WBP Gas Block Combo", "AK-47/74 Hogue Pistol Grip" and "LYNX Short Gas Tube w/wood" from Arms of America.

d. On September 02, 2020, MARTIN purchased "Special Dust Cover Rear Sight Combo, Polish AK Booster 14/1 LH thread *Gen2*", "AK-Builder AKS Underfolder Rivet Set", "Red AK Recoil Buffer", "New AK Pistol Grip T- Nut", "3mm Front Sight/Gas Block Retainer Pinset of 4 pins *New Polish Imported original military part*" from Arms of America.

e. On September 03, 2020, MARTIN purchased "Underfolder Reinforcment Plate", "Triangle Sidefolder Reinforcment Plate", "12mm x 1.25mm gas piston tap", "US Made Das Piston for Krinkov 7.62x39 5.45x39 and 5.56x45-922r compliant", "triangle sidefolding stock set", "surplus hungarian AMMS Underfolder stock", "Surplus lower handguard retainer from milled bulgarian AK47 parts kit" from Ak-builder.

f. On September 15, 2020, MARTIN purchased a "New AK Retainer Spring/ak" from Arms of America.

g. On September 16, 2020, MARTIN purchased "New AK Retainer Spring/ak shepherd's hook $3.99,US made AMD-65 Gas Tube" from Ak-builder.

h. On January 28, 2021, MARTIN purchased an "AK-Builder AKS Underfolder Rivet Set $9.00" from Arms of America.

i. On February 18, 2021, MARTIN purchased a "KOLARMS - AK47 Rifle Parts Kit- Slovakian- KAM-17 - ULTIMATE DO IT YOURSELF KIT!" from Arms of America, as pictured below.



j. On February 20, 2021, MARTIN purchased "US made AMD-65 Gas Tube, AK-Builder Hungarian AMD 65 Gas Piston" and "3 Pack Cobalt Drill bit set for barrel installation, Military Steel 10RD/30 look *Grade 3 Battlefield Pickup California Legal" from Arms of America.

k. On February 22, 2021, MARTIN purchased a "12.5 7.62x39 AMD-65 US Chrome Lince Barrel" from Ak-Builder[1].

---

[1] As noted above, AK-Builder.com is the website PHILLIPS claims that he was directed to purchase items from for MARTIN.

l.  On February 27, 2021, MARTIN purchased "M-LOK MVG-MOE Vertical Grip, MOE AKM Hand Guard AK47/AK74, MOK AK Grip-AK-47/AK-74, M-LOK MVG-MOE Vertical Grip" from Magpul.

m. On March 03, 2021, MARTIN purchased "AKM Barrel Pin; Oversize AKM Barrel Pin .302" from Ak-Builder.

n. On March 04, 2021, MARTIN purchased "Krebs Custom Quad Rail Fore-End for Standard AK Rifles w/ Brush" from Krebs Custom, Inc.

o. On March 09, 2021, MARTIN purchased "Military Steel 10RD/30 look *Grade 3

p. Battlefield Pickup California Legal" from Arms of America.

q. On March 09, 2021, MARTIN purchased "KOLARMS KAM-17 Gen 2 - Slovakian AK47 Rifle Parts Kit - ULTIMATE DO IT YOURSELF KIT!", "AK-Builder Hungarian AMD 65 Gas Piston", "Rear Sight Retainer Pin 4mm *New Polish Import original Military part*", "Barrel Pin AK/AKM 47 *New Polish Import Mil Spec Part*", "AMD-65 7.62x39 12.5" inch threaded barrel", "WBP - Polish Tactical AKM47 Trigger Guard ENHANCED Mag Release" from Arms of America.

r. On March 18, 2021, MARTIN purchased "Magpul MOE AK-47/74 Pistol Grip – Black Magpul RVG Rail Vertical Grip – Black" from Primary Arms, LLC.

26. Based on my training and experience, the only purpose for items purchased by MARTIN would be for use in the repair and/or assembly of firearms and, more specifically, primarily AK-47 style rifles. It should be noted that PHILLILPS, through Michael SHERIDAN, purchased a suspected fully automatic rifle from MARTIN on January 29, 2021. In the months leading up to this transaction, MARTIN had been purchasing parts that could have been used in the construction of this firearm and had them shipped to MARTIN'S residence

13

located at 440 Newfield Avenue, Apartment 1, Middletown, Connecticut. It should be further noted that these purchases were made, according to PHILLIPS, in addition to purchases MARTIN made through intermediaries so that he would not draw attention to his manufacturing activities at 440 Newfield Avenue, Apartment 1, Middletown, Connecticut.

27. On April 26, 2021, the Honorable Judge Robert A. Richardson signed a search warrant authoring the search of 440 Newfield Street, Apt 1, Middletown, CT.

28. On April 28, 2021, federal agents executed the search warrant at 440 Newfield Street, Apt 1, Middletown, CT.

29. The residence was secured, and the search was conducted. Upon entry into Martin's room, investigators immediately observed numerous tools, including drills, drill bits, files, a drill press, a work bench and a hydraulic press, among other items. During the search of the room, investigators located the **TARGET TELEPHONE** on the floor of Martin's bedroom. Investigators also located and seized approximately eight (8) firearms, two of which are further described as follows: one black, AK-47 type firearm with the markings "MOE AK" and "Magpul" on the foregrip and the pistol grip and the marking DV3302 on the firearm; one tan and black AK-47 type rifle with the marking "MOE AK" on the pistol grip and "MOE AKM" on the foregrip and the marking "NO1519" "1974" "DS3242" on the firearm and numerous rounds of ammunition of various calibers. Investigators also located what appeared to be a temporary closet in within his bedroom closet that contained what appeared to be small marijuana plants. There were also several pipes and other items that appeared to contain marijuana residue throughout the bedroom.

30. I examined the black AK-47 and determined that the barrel length was less than sixteen inches and, therefore, would be considered a short-barreled rifle. S/A Brackett conducted a

function test of the tan and black AK-47 rifle and determined that it functioned as firearm designed to fire more than one round with a single function of the trigger.

31. On that same date, at approximately 0635 hours, Martin was interviewed by this affiant and S/A Curtis Hampton of the FBI in my government vehicle. The interview was video and audio recorded. I explained that Martin was not under arrest at that time. I then read him an ATF Advice and Waiver form. Martin stated that he understood his rights and signed the form. Martin stated that he had been building firearms for several years as a hobby but that he only kept them for himself and did not sell them. I asked Martin if any of the firearms were fully automatic. Martin stated that he had been constructing both AK-47 type rifles to function as fully automatic but that he had only completed the tan AK-47 rifle. Martin stated that he was sure that the tan AK-47 was fully automatic, but he would not say if he fired it. I told Martin that investigators had also located what appeared to be a marijuana grow in his closet. Martin stated that the had been growing some marijuana. I asked Martin if he used marijuana and he stated that he did. I told Martin that a loaded pistol was located under his pillow and Martin stated that there was a Glock 21 type pistol that had been under his pillow that he had made. Martin stated that he believed that there was a total of eight (8) firearms in his bedroom.

32. I respectfully submit there is probable cause to believe, and I do believe, that Anthony MARTIN has committed the following offenses possession of a machinegun in violation of 18 U.S.C. § 922(o), possession of a firearm by an unlawful drug user in violation of

18 U.S.C. § 922(g)(3) and possession of a firearm made in violation of the Nation

Firearms Act, here the possession of a short-barreled rifle in violation of 26 U.S.C.

§ 5861(c) and I request the issuance of a complaint.

DANIEL PRATHER
Digitally signed by DANIEL PRATHER
Date: 2021.04.28 12:52:00 -04'00'

Daniel Prather
Special Agent, ATF

The truth of the foregoing affidavit, which was transmitted to me by reliable electronic means, has been attested to me by Special Agent Daniel Prather over the telephone on this 28th day of April 2021, at New Haven, Connecticut.

Sarah A. L. Merriam, U.S.M.J.
Digitally signed by Sarah A. L. Merriam, U.S.M.J.
Date: 2021.04.28 13:00:48 -04'00'

HONORABLE SARAH A.L. MERRIAM
UNITED STATES MAGISTRATE JUDGE