# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| USA v. MARTIN | Case No. 3:21 MJ 427 (SDV) |
| | Date: April 21, 2022 |

## GOVERNMENT'S MOTION TO DISMISS

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the government respectfully moves to dismiss the complaint in this matter. As shown in the attached certificate of death, obtained by ATF Special Agent Daniel Prather, defendant Anthony Martin passed away on or about November 4, 2021.

    Respectfully submitted,

    LEONARD C BOYLE
    UNITED STATES ATTORNEY

    */s/ Edward Chang*

    EDWARD CHANG
    ASSISTANT U.S. ATTORNEY
    Federal Bar No. ct26472
    157 Church Street, 25th Floor
    New Haven, CT 06510
    T: (203)821-3826 E: Edward.Chang@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on April 21, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing, as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

*/s/ Edward Chang*
EDWARD CHANG

# STATE OF CONNECTICUT
## CERTIFICATE OF DEATH

**VS4 - ISS REV. 1/20**
**DEPARTMENT OF PUBLIC HEALTH**
**STATE FILE NUMBER (For State Use only. Do not write in this box.):** 2021-07-026775

### DECEDENT

- **1. LEGAL NAME:** First: Anthony | Middle: --------- | Last: Martin | Suffix: ---
- **2. SEX:** Male
- **3. DATE OF DEATH:** November 04, 2021
- **AKA (First, Middle, Last):** ---------
- **AKA (First, Middle, Last):** ---------
- **4. TIME OF DEATH:** 07:18 AM
- **5. AGE LAST BIRTHDAY:** 28
- **6. Under 1 Year:** Mo. / Days ---
- **Under 1 Day:** Hours / Min. ---
- **7. DATE OF BIRTH:** 12/28/1992
- **8. BIRTHPLACE:** Middletown, Connecticut
- **9. RESIDENCE (State):** Connecticut
- **10. RESIDENCE (County):** Middlesex
- **11. RESIDENCE (City or Town):** Middletown
- **12. RESIDENCE (Street and No.):** 440 Newfield Street
- **13. APT. NO.:** Apt 1
- **14. ZIP CODE:** 06457
- **15. EVER IN US ARMED FORCES?** No
- **16. MARITAL STATUS AT TIME OF DEATH:** Never Married
- **17. SURVIVING SPOUSE NAME:** ---------

### PARENTS

- **18. FATHER/PARENT NAME:** Donald W. Martin
- **19. MOTHER/PARENT NAME:** Jessica Tanner
- **20. INFORMANT NAME:** Jessica Ann Murray
- **21. RELATIONSHIP TO DECEDENT:** Mother
- **22. MAILING ADDRESS:** 440 Newfield Street Middletown, Connecticut 06457

### P.O.D.

- **23. IF DEATH OCCURRED IN A HOSPITAL:** ---
- **24. IF DEATH OCCURRED SOMEWHERE OTHER THAN HOSPITAL:** Decedent's Home
- **25. FACILITY NAME:** 440 Newfield Street Apt 1
- **26. CITY OR TOWN OF DEATH:** Middletown
- **27. COUNTY OF DEATH:** Middlesex
- **28. METHOD OF DISPOSITION:** Cremation

### DISPOSITION

- **29. DISPOSITION:** Connecticut Valley Crematory
- **30. LOCATION (City/Town) (State):** Cromwell, CT
- **31. DATE:** 11/10/2021
- **32. WAS BODY EMBALMED?** YES ☒ / NO ☐ — Name of Embalmer: James Biega
- **33. FUNERAL FACILITY:** Biega Funeral Home Inc. - 3 Silver St, Middletown CT 06457
- **34. SIGNATURE OF FUNERAL DIRECTOR OR EMBALMER:** *James M. Biega* — Signature Electronically Authenticated
- **35. LICENSE NUMBER:** 3182

### MEDICAL CERTIFICATION

- **36. DATE PRONOUNCED DEAD:** 11/04/2021
- **37. TIME PRONOUNCED:** 07:18 AM
- **38. PRONOUNCER'S NAME AND DEGREE OR TITLE:** ---
- **Pronouncer License #:** ---
- **39. WAS MEDICAL EXAMINER CONTACTED?** Yes
- **40. WAS AN AUTOPSY PERFORMED?** Yes
- **41. WERE THE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH?** Yes

**42. PART I. CAUSE OF DEATH** — Enter the chain of events – diseases, injuries, or complications that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE. Enter only one cause on a line. Add additional lines if necessary.

| | Cause | Approximate Interval Onset to Death |
|---|---|---|
| IMMEDIATE CAUSE (a) | Acute Fentanyl Intoxication | --- |
| Due to (or as a consequence of): (b) | --------- | --------- |
| Due to (or as a consequence of): (c) | --------- | --------- |
| Due to (or as a consequence of): (d) | --------- | --------- |

- **43. PART II. Other significant conditions contributing to death:** ---------
- **44. PREGNANCY STATUS:** Not Applicable
- **45. DID TOBACCO USE CONTRIBUTE TO DEATH?** Unknown
- **46. MANNER OF DEATH:** ☐ Natural ☒ Accident ☐ Homicide ☐ Suicide ☐ Pending Investigation ☐ Undetermined

### MEDICAL EXAMINER ONLY

- **47. DATE OF INJURY:** 11/04/2021
- **48. TIME OF INJURY:** PM
- **49. PLACE OF INJURY:** Garage/Warehouse
- **50. INJURY AT WORK?** No
- **51. LOCATION OF INJURY:** 440 Newfield Street, Apt. 1, Middletown CT 06457
- **52. DESCRIBE HOW INJURY OCCURRED:** Drug Use
- **53. IF TRANSPORTATION INJURY, SPECIFY:** ---------
- **54. M.E. CASE NUMBER:** 21-22728

### CERTIFIER

**CERTIFIER STATEMENT:** To the best of my knowledge, death occurred due to the cause(s) and manner stated.

- **55. CERTIFIER NAME:** Frank Evangelista MD
- **Certifier Signature:** *Frank Evangelista MD* — Signature Electronically Authenticated
- **Title of Certifier:** Associate Medical Examiner
- **Certifier License #:** 42830
- **Date Certified:** 11/05/2021
- **56. MAILING - CERTIFIER:** 11 Shuttle Road, Farmington CT 06032

### REGISTRAR

- **THIS CERTIFICATE WAS RECEIVED FOR RECORD ON:** 11/09/2021
- **BY:** *Taylor Woitowitz*
- **57. DECEDENT EDUCATION:** 9th-12th grade, no diploma
- **58. DECEDENT OF HISPANIC ORIGIN?** No, not Spanish/Hispanic/Latino
- **59. DECEDENT RACE:** White
- **60. DECEDENT USUAL OCCUPATION:** Chef
- **61. KIND OF BUSINESS/INDUSTRY:** Restaurant
- **62. SOCIAL SECURITY NUMBER:** XXX-XX-XXXX

**MARGINAL NOTES:** Cause of Death-Line A Description - amended on DEC-02-2021; formerly Pending Further Study; , Other Factors-Manner of Death- amended on DEC-02-2021; formerly Pending Investigation; , Injury-Date/Time of Injury - amended on DEC-02-2021; formerly blank; , Injury-At Work- amended on DEC-02-2021; formerly blank; , Injury-Place of Injury - amended on DEC-02-2021; formerly blank; , Injury-Address Street Number - amended on DEC-02-2021; formerly blank; , Injury-Address Street Name - amended on DEC-02-2021; formerly blank; , Injury-Address Apartment Number- amended on DEC-02-2021; formerly blank; , Injury-Address City- amended on DEC-02-2021; formerly blank; , Injury-Address State- amended on DEC-02-2021; formerly blank; , Injury-Address Zip Code- amended on DEC-02-2021; formerly blank; , Injury-Address County- amended on DEC-02-2021; formerly blank; , Injury-Describe How Injury Occurred- amended on DEC-02-2021; formerly blank; , Injury-Time Of Injury- amended on DEC-02-2021; formerly 88:88 Unknown;

*THE SEAL OF THE ISSUING OFFICE IS AFFIXED TO CERTIFY THE ABOVE IS A TRUE COPY OF THE RECORD ON FILE IN THE STATE OF CONNECTICUT*

- **DATE ISSUED:** April/18/2022
- **PLACE OF ISSUANCE:** Middletown Municipal Bldg
- **ISSUING REGISTRAR SIGNATURE:** *Tak Woitoeb*